FRANK C. CLARK, Appellant, *v.* METROPOLITAN STREET RAILWAY COMPANY, Respondent.

*Clark* v. *Metropolitan Street Ry. Co.*, 68 App. Div. 49, appeal dismissed.
(Submitted May 5, 1903; decided May 19, 1903.)

APPEAL from an order of the Appellate Divison of the Supreme Court in the first judicial department, entered February 25, 1902, which reversed a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial and granted a new trial.

*Alexander S. Bacon* for appellant.

*Charles F. Brown, Bayard H. Ames* and *Henry A. Robinson* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.